

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Kenneth Eugene Walker,

Vs. No. 11-21-00284-CR

The State of Texas,

* From the 32nd District Court
of Nolan County,
Trial Court No. 13286.

* February 24, 2022

* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

This court has considered Kenneth Eugene Walker's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.